STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. JOSEPH MATULE, DEFENDANT-PETITIONER.

See same case below: 54 *N. J. Super.* 326.

*Mr. James A. Major* and *Mr. Joseph H. Gaudielle* for the petitioner.

*Mr. Guy W. Calissi* and *Mr. William C. Brudnick* for the respondent.

May 11, 1959. Denied.

CITY OF PASSAIC, PLAINTIFF-PETITIONER, v. DIVISION OF TAX APPEALS, DEFENDANT-RESPONDENT.

See same case below: 54 *N. J. Super.* 215.

*Mr. William N. Gurtman* for the petitioner.

*Mr. David D. Furman* and *Mr. Theodore I. Botter* for the respondent.

May 11, 1959. Denied.